```
                                                     U.S. DISTRICT COURT
                                                     DISTRICT OF VERMONT
                                                            FILED

                                                     2025 FEB -3  PM 12: 18

                                                     BY ___CLERK___
                                                          DEPUTY CLERK
```

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 2:24-cr-100-1 |
| | ) | |
| JEREMY BROWN | ) | |

## ORDER RELEASING COLLATERAL

On February 3, 2025 the above-named defendant, Jeremy Brown, was sentenced by the Court to a term of time served followed by one year of supervised release. Based on this fact, it is hereby

**ORDERED** that the defendant's U.S. Passport currently being held by the Clerk, U.S. District Court in the above-entitled proceeding, be hereby released and returned to the defendant at:

> Lisa Shelkrot, Esq.
> At Clerk's Office, USDC

Dated at Burlington in the District of Vermont, this __3rd__ day of February, 2025.

_____
Christina Reiss
Chief Judge