U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JUL 31 AM 11:45

CLERK

BY ⎯⎯⎯⎯⎯⎯⎯⎯
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## FOR THE

## DISTRICT OF VERMONT

UNITED STATES OF AMERICA

V.                                                    Docket No. 2:24-cr-100-cr-1

JEREMY BROWN,

    Defendant.

### ORDER ALLOWING FOREIGN TRAVEL

The Defendant, Jeremy Brown, is currently serving a one-year term of supervised release. He has requested permission to travel out of the country. He has satisfied his forfeiture judgment, and the court has already approved the return of his passport. The government does not oppose the request.

It is hereby ordered that Mr. Brown has the permission of the Court to travel out of the country during the term of his supervised release, which is 2-2-2025 through 2-2-2026, subject to approval at the discretion of the U.S. Probation Office and for any dates approved by the U.S. Probation Office.

DATED at Burlington, Vermont, this ___31st___ day of July 2025.

/s/ Christina Reiss

Christina Reiss

United States District Court Chief Judge